IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| DAVID COLEMAN and BRENDA COLEMAN, | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | |
| | : | NO. 1:10-cv-02283-ODE-LTW |
| MS SERVICES, LLC, | : | |
| a Wyoming limited liability company, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules

of Civil Procedure, and before the service of an answer or a motion for summary

judgment, and stipulates that this action shall be dismissed with prejudice to all

claims.

Respectfully submitted,


**SKAAR & FEAGLE, LLP**


by:    / s/ James M. Feagle
       James M. Feagle
       Georgia Bar No. 256916


- 1 -

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
404 / 601-1855 fax